IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIAN DE MEDEIROS,

       Plaintiff,            CV F 05 0397 AWI WMW PC

   vs.                     ORDER

JAMES YATES, et al.,

       Defendants.

     On June 23, 2008, a recommendation was entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint in compliance with an earlier order dismissing the original complaint with leave to amend.  On June 26, 2008, an order was entered, granting Plaintiff an extension of time in which to file an amended complaint.  Accordingly, IT IS HEREBY ORDERED that the June 23, 2008, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   June 30, 2008**                 /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE