IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN DE MEDEIROS, | 1:05-cv-00397-AWI-WMW (PC) |
| Plaintiff, | ORDER GRANTING THIRD AND FOURTH MOTIONS TO EXTEND TIME |
| vs. | TO FILE AMENDED COMPLAINT |
| JAMES A. YATES, et al., | (DOCUMENT #19, 20) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 30, 2008 and August 6, 2008, plaintiff filed motions to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   August 11, 2008            /s/  William M. Wunderlich
                                    UNITED STATES MAGISTRATE JUDGE