IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIAN De MEDEIROS,

        Plaintiff,        1: 05 CV 0397 AWI WMW PC

  vs.                     ORDER RE MOTION (DOC 25)

J. A. YATES, et al.,

        Defendants.

      On September 16, 2008, findings and recommendations were entered, recommending that this action be dismissed for failure to state a claim.  The recommendation is based upon Plaintiff's failure to file an amended complaint in compliance with an earlier order dismissing the original complaint with leave to amend.  On September 30, 2008, Plaintiff filed a motion titled as a motion to withdraw the findings and recommendations.  Plaintiff indicates that he intends to file an amended complaint by the end of October.  The court declines to withdraw the findings and recommendations.  The court will, however, grant Plaintiff an extension of time to file an amended complaint.  Should Plaintiff fail to file an amended complaint within the allotted time, the recommendation of dismissal will be submitted to the District Court.

      Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion to withdraw the findings and recommendation is denied.

1    2.  Plaintiff is granted an extension of time of thirty days from the date of service of this
2 order in which to file an amended complaint in compliance with the order of April 11, 2008.

4 IT IS SO ORDERED.

5 **Dated:    October 22, 2008**          /s/  **William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE