IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN DE MEDEIROS, | 1:05-cv-0397 AWI WMW (PC) |
| Plaintiff, | ORDER GRANTING FIFTH MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT |
| vs. | |
| JAMES A. YATES, | (DOCUMENT #30) |
| Defendant. | THIRTY- DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 1, 2008, plaintiff filed a motion to extend time to file second amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a second amended complaint.

IT IS SO ORDERED.

**Dated:   December 9, 2008**          **/s/  William M. Wunderlich**
                                                        UNITED STATES MAGISTRATE JUDGE