# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN DE MEDEIROS, | CASE NO. 1:05-cv-00397-AWI-YNP PC |
|     Plaintiff, | ORDER DENYING MOTIONS |
|     v. | (Doc. 43, 46, 48) |
| JAMES A. YATES, et al., | |
|     Defendants. | |

Plaintiff Julian De Medeiros ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court are three motions from Plaintiff. On July 17, 2009, Plaintiff filed a motion for the Court to serve Defendants with Plaintiff's complaint. (Doc. #43.) Plaintiff filed similar motions again on July 28, 2009 and August 7, 2009. (Docs. #46, 48.)

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

After the Court screens Plaintiff's complaint, and if the Court determines that Plaintiff's complaint states cognizable claims, the Court will direct the United States Marshal to serve Defendants. The Court has not yet screened Plaintiff's complaint. Therefore, Plaintiff's request for service is premature.

1

Accordingly, it is HEREBY ORDERED that Plaintiff's motions requesting service, filed on July 17, 2009, July 28, 2009, and August 7, 2009, are DENIED.

IT IS SO ORDERED.

Dated: **January 29, 2010**                    **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE