IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIAN DE MEDEIROS,**<br>　　　　　**Plaintiff**,<br>　　v.<br>**JAMES A. YATES, et al.,**<br>　　　　　**Defendants.** | 1: 05-cv-397 AWI YNP GSA(PC)<br><br>**ORDER DENYING AS DUPLICATIVE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>(Doc. No. 39) |

　　On June 23, 2009, Plaintiff, a prisoner proceeding *pro se*, filed a motion for a temporary restraining order.  See Court's Docket Doc. No. 38.  That motion sought to prohibit prison officials from destroying 86 boxes of Plaintiff's legal materials.  See id.  On June 29, 2009, Plaintiff filed a second motion for temporary restraining order.  See id. at Doc. No. 39.  The second motion is essentially identical to the first motion, the only difference being that a cover sheet is present in the second motion but not the first, and the first motion contains a clerk's notice and an extra proof of service.  Cf. Doc. No. 38 with Doc. No. 39.  The Magistrate Judge has issued a Findings and Recommendation for both motions.  Since the second motion is duplicative of the first motion, the Court will deny the second motion as duplicative.  Denial of the second motion (Doc. No. 39) will not affect either the pending Findings and Recommendation or the Court's consideration of the first motion (Doc. No. 38).

　　Accordingly, IT IS HEREBY ORDERED that Plaintiffs Second Motion for Temporary Restraining Order (Doc. No. 39) is DENIED as duplicative of a previously filed motion.

IT IS SO ORDERED.

**Dated:   March 19, 2010**　　　　　　　**/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE